**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,                )
                                         )
                  Plaintiff,             )
                                         )
            v.                           )     2:13-CR-011-GMN-(PAL)
                                         )
JOSHUA ELI DODGE,                        )
                                         )
                  Defendant.             )

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on July 22, 2013, defendant JOSHUA ELI DODGE pled guilty to

Count Two of a Three-Count Criminal Indictment charging him with Possession of Child

Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal

Indictment, ECF No. 8; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds defendant JOSHUA ELI DODGE agreed to the forfeiture of the property set

forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Agreement.

Criminal Indictment, ECF No. 8; Plea Agreement, ECF No. 22.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

Criminal Indictment, the Plea Agreement, and the offense to which defendant JOSHUA ELI

DODGE pled guilty. Criminal Indictment, ECF No. 8; Plea Agreement, ECF No. 22.

The following assets are subject to forfeiture pursuant to Title 18, United States Code,

Section 2253(a)(1) and (a)(3):

1. an Apple laptop, serial number C02FH5C8DF8X;

2. a Western Digital hard drive, serial number WXP1E21SDD88;

3. a Hewlett Packard laptop, serial number CNF7213N66;

4. a Hitachi hard drive, serial number A605115073;

5. an Imagination thumb drive without serial number; and

6. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOSHUA ELI DODGE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

2   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

3   following address at the time of filing:

4           Michael A. Humphreys
            Assistant United States Attorney
5           Daniel D. Hollingsworth
            Assistant United States Attorney
6           Lloyd D. George United States Courthouse
            333 Las Vegas Boulevard South, Suite 5000
7           Las Vegas, Nevada 89101

8           IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

9   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

10  following publication of notice of seizure and intent to administratively forfeit the above-described

11  property.

12          **DATED** this 13th day of August, 2013.

13          _____

14          Gloria M. Navarro
            United States District Judge